UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

      - v. -

JOSE TORO NARANJO,
  a/k/a "Jorge Ivan Toro Naranjo,"
  a/k/a "Don Marcos," and
RAFAEL DE JESUS RICAURTE-GOMEZ,
  a/k/a "Naruto,"
  a/k/a "Rafa,"

                Defendants.

- - - - - - - - - - - - - - - - - - - X

**SEALED**
**INDICTMENT**

15 Cr.

**15 CRIM 109**

## COUNT ONE

The Grand Jury charges:

1.    From at least in or about 2014, up to and
including the date of this Indictment, in Colombia and
elsewhere, and in an offense begun outside of the jurisdiction
of any particular State or district of the United States, JOSE
TORO NARANJO, a/k/a "Jorge Ivan Toro Naranjo," a/k/a "Don
Marcos," and RAFAEL DE JESUS RICAURTE-GOMEZ, a/k/a "Naruto,"
a/k/a "Rafa," the defendants, who will be first brought to and
arrested in the Southern District of New York and whose point of
entry into the United States will be in the Southern District of
New York, and others known and unknown, intentionally and
knowingly did combine, conspire, confederate and agree together

JUDGE BUCHWALD

and with each other to violate the narcotics laws of the United

States.

2.   It was a part and an object of the conspiracy

that JOSE TORO NARANJO, a/k/a "Jorge Ivan Toro Naranjo," a/k/a

"Don Marcos," and RAFAEL DE JESUS RICAURTE-GOMEZ, a/k/a

"Naruto," a/k/a "Rafa," the defendants, and others known and

unknown, would and did import into the United States and into

the customs territory of the United States from a place outside

thereof a controlled substance, in violation of Title 21, United

States Code, Sections 952(a) and 960(a)(1).

3.   It was further a part and an object of the

conspiracy that JOSE TORO NARANJO, a/k/a "Jorge Ivan Toro

Naranjo," a/k/a "Don Marcos," and RAFAEL DE JESUS RICAURTE-

GOMEZ, a/k/a "Naruto," a/k/a "Rafa," the defendants, and others

known and unknown, would and did manufacture and distribute a

controlled substance, intending and knowing that such substance

would be unlawfully imported into the United States and into

waters within a distance of 12 miles of the coast of the United

States from a place outside thereof, in violation of Title 21,

United States Code, Sections 959(a) and 960(a)(3).

4.   The controlled substance that JOSE TORO NARANJO,

a/k/a "Jorge Ivan Toro Naranjo," a/k/a "Don Marcos," and RAFAEL

DE JESUS RICAURTE-GOMEZ, a/k/a "Naruto," a/k/a "Rafa," the

defendants, conspired to (i) import into the United States and

2

into the customs territory of the United States from a place
outside thereof, and (ii) manufacture and distribute, intending
and knowing that such substance would be unlawfully imported
into the United States and into waters within a distance of 12
miles of the coast of the United States from a place outside
thereof, was five kilograms and more of mixtures and substances
containing a detectable amount of cocaine, its salts, optical
and geometric isomers, and salts of isomers, in violation of
Title 21, United States Code, Section 960(b)(1)(B).

(Title 21, United States Code, Sections 959(c) & 963;
Title 18, United States Code, Section 3238.)

### FORFEITURE ALLEGATION

5.   As a result of committing the controlled
substance offense charged in Count One of this Indictment, JOSE
TORO NARANJO, a/k/a "Jorge Ivan Toro Naranjo," a/k/a "Don
Marcos," and RAFAEL DE JESUS RICAURTE-GOMEZ, a/k/a "Naruto,"
a/k/a "Rafa," the defendants, shall forfeit to the United
States, pursuant to Title 21, United States Code, Sections 853
and 970, any and all property constituting or derived from any
proceeds the defendant obtained directly or indirectly as a
result of the offense and any and all property used or intended
to be used in any manner or part to commit and to facilitate the
commission of the offense charged in Count One of this
Indictment.

3

## Substitute Assets Provision

6.    If any of the above-described forfeitable property, as a result of any act or omission of JOSE TORO NARANJO, a/k/a "Jorge Ivan Toro Naranjo," a/k/a "Don Marcos," or RAFAEL DE JESUS RICAURTE-GOMEZ, a/k/a "Naruto,"  a/k/a "Rafa," the defendants:

        a.    cannot be located upon the exercise of due diligence;

        b.    has been transferred or sold to, or deposited with, a third person;

        c.    has been placed beyond the jurisdiction of the Court;

        d.    has been substantially diminished in value; or

        e.    has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Sections 853(p) and 970, to seek forfeiture

of any other property of the defendants up to the value of the
above forfeitable property.

(Title 21, United States Code, Sections 853 & 970.)


_____
FOREPERSON

_____
PREET BHARARA
United States Attorney

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JOSE TORO NARANJO,
a/k/a "Jorge Ivan Toro Naranjo,"
a/k/a "Don Marcos,"
and
RAFAEL DE JESUS RICAURTE-GOMEZ,
a/k/a "Naruto,"
a/k/a "Rafa,"

Defendants.

SEALED
INDICTMENT

15 Cr.

(21 U.S.C. §§ 959(c) & 963; and
18 U.S.C. § 3238.)

PREET BHARARA
United States Attorney.

A TRUE BILL

*Patrick Lanuza* Foreperson.

2/26/15 - Filed Sealed Indictment
Ae         A/W issued.   *Judy for*
                         *court*