# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/16

November 27, 2016

By ECF

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
DEC 06 2016
UNITED STATES COURT JUDGE

Re: United States v. Naranjo & Ricaurte-Gomez
15 Cr. 109 (NRB)

Hon. Judge Buchwald

Defendant Ricaurte-Gomez request that the Court allow him to join in the motions filed by his co-defendant Jose Naranjo. Mr. Naranjo has filed a motion to dismiss the indictment bases on prosecutorial misconduct and Mr. Ricaurte-Gomez asks he be allowed to join in that motion.

As the government has not noticed a post-arrest statement by Mr. Ricaurte-Gomez, nor noticed any property seized, I have no motion to suppress.

Finally, Mr. Ricaurte-Gomez wishes to file a pro-se motion to the Court, and we ask the Court to allow him to file such motions.

Thank you for your consideration of this request.

*[Handwritten annotations: "So Ordered." and "Application granted. Naomi Reice Buchwald USDJ 12/7/16"]*

Respectfully submitted,

Sabrina P. Shroff *Digitally signed by Sabrina P. Shroff Date: 2016.12.06 09:46:16 -05'00'*

Sabrina P. Shroff
Assistant Federal Defender

CC: AUSA Tekeei